[No. 6554-5-III.  Division Three.  August 8, 1985.]

*In the Matter of* J.A.M.

FRANK M., *Appellant,* v. CATHOLIC FAMILY AND CHILD SERVICES OF YAKIMA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-7-00200-4, Stephen M. Brown, J. Pro Tem., entered May 11, 1984. *Affirmed* by unpublished

opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.